# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Barrett, Susan D. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, GA-S | 3. Date of Report<br><br>06/30/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>P. O. Box 31267<br>Augusta, Georgia 30903 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Hill Properties, LLC |
| 2. | Partner | ▨ Partnership |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 06/30/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Southeastern Bankruptcy Law Institute, Inc. | March 21-23, 2013 | Atlanta, Georgia | Seminar | Registration, Meals and Educational Materials |
| 2. | Coastal Bankruptcy Law Institute, Inc. | April 18-19, 2013 | Savannah, Georgia | Seminar | Registration, Meals, Educational Materials and Lodging |
| 3. | State Bar of Georgia, Bankruptcy Law Section | December 5-6, 2013 | Greensboro, Georgia | Seminar | Registration, Meals, Educational Materials and Lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank f/k/a Wachovia Bank, National Association | Deed to Secure Debt on Rental Property (Richmond County, GA) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Checking | A | Interest | J | T | | | | | |
| 2. Suntrust Money Market | A | Interest | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. BROKERAGE ACCT.#1 SCHWAB | | | | | | | | | |
| 5. -SCHWAB US TREAS MONEY FD SWEEP (SWUXX) | A | Dividend | K | T | | | | | |
| 6. | | | | | Buy (add'l) | 12/03/13 | J | | |
| 7. | | | | | Redeemed (part) | 12/09/13 | J | | |
| 8. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 9. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 10. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 11. | | | | | Buy (add'l) | 11/04/13 | J | | |
| 12. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 13. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 14. | | | | | Buy (add'l) | 10/07/13 | J | | |
| 15. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 16. | | | | | Redeemed (part) | 10/17/13 | K | | |
| 17. | | | | | Redeemed | 09/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 19. | | | | | Buy (add'l) | 08/02/13 | L | | |
| 20. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 21. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 22. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 23. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 24. | | | | | Buy (add'l) | 07/09/13 | J | | |
| 25. | | | | | Buy (add'l) | 06/04/13 | J | | |
| 26. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 27. | | | | | Redeemed (part) | 06/12/13 | J | | |
| 28. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 29. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 30. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 31. | | | | | Buy (add'l) | 04/02/13 | J | | |
| 32. | | | | | Buy (add'l) | 04/08/13 | J | | |
| 33. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 34. | | | | | Redeemed (part) | 03/14/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 36. | | | | | Buy (add'l) | 02/04/13 | L | | |
| 37. | | | | | Redeemed (part) | 02/11/13 | K | | |
| 38. | | | | | Redeemed (part) | 02/28/13 | K | | |
| 39. | | | | | Buy (add'l) | 01/02/13 | J | | |
| 40. | | | | | Buy (add'l) | 01/03/13 | J | | |
| 41. | | | | | Redeemed (part) | 01/23/13 | K | | |
| 42. -SCHWAB TOTAL STK MKT (SWTSX) | D | Dividend | O | T | | | | | |
| 43. FLOYD COUNTY GA SCH 3% 13 | B | Interest | | | Redeemed | 08/01/13 | L | | See Part VIII |
| 44. GA HSG FA 0.85% 16(X) | A | Interest | K | T | Buy | 02/28/13 | K | | |
| 45. DOUGLASVILLE, GA 2.5% 13 | A | Interest | | | Redeemed | 02/01/13 | K | | See Part VIII |
| 46. GA STATE 3% 14 | B | Interest | L | T | | | | | |
| 47. PHOENIX ARIZ CIV 4.75% 25 | B | Interest | L | T | | | | | |
| 48. ISHARES 2017 ETF (MUAF) | A | Interest | L | T | | | | | |
| 49. ISHARES SELECT DIV FD (DVY) | C | Dividend | M | T | | | | | |
| 50. ISHARES TR INT'L (IDV) | B | Dividend | K | T | Buy (add'l) | 02/11/13 | K | | |
| 51. ISHARES S&P US PFD FUND (PFF) | A | Dividend | | | Sold | 02/11/13 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | SCH US DIV EQUITY ETF (SCHD) | D | Dividend | N | T | | | | | |
| 53. | | | | | | Buy (add'l) | 10/17/13 | K | | |
| 54. | | | | | | Buy (add'l) | 02/11/13 | K | | |
| 55. | | | | | | Buy (add'l) | 01/23/13 | K | | |
| 56. | | | | | | | | | | |
| 57. | BROKERAGE ACCT. #2 (SCHWAB ROLLOVER IRA) | | | | | | | | | |
| 58. | -SCHWAB US TREAS MONEY FD MONEY MARKET (SWUXX) | A | Dividend | J | T | | | | | |
| 59. | | | | | | Redeemed (part) | 12/10/13 | J | | |
| 60. | | | | | | Buy (add'l) | 12/13/13 | J | | |
| 61. | | | | | | Redeemed (part) | 12/30/13 | J | | |
| 62. | | | | | | Buy (add'l) | 12/31/13 | J | | |
| 63. | | | | | | Redeemed (part) | 11/07/13 | J | | |
| 64. | | | | | | Buy (add'l) | 10/01/13 | J | | |
| 65. | | | | | | Buy (add'l) | 10/07/13 | J | | |
| 66. | | | | | | Redeemed (part) | 10/17/13 | J | | |
| 67. | | | | | | Redeemed (part) | 09/17/13 | J | | |
| 68. | | | | | | Buy (add'l) | 09/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 70. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 71. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 72. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 73. | | | | | Buy (add'l) | 07/16/13 | K | | |
| 74. | | | | | Buy (add'l) | 07/26/13 | K | | |
| 75. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 76. | | | | | Redeemed (part) | 06/07/13 | J | | |
| 77. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 78. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 79. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 80. | | | | | Buy (add'l) | 04/02/13 | J | | |
| 81. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 82. | | | | | Buy (add'l) | 03/06/13 | K | | |
| 83. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 84. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 85. | | | | | Buy (add'l) | 02/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 02/08/13 | J | | |
| 87. | | | | | Redeemed (part) | 02/12/13 | J | | |
| 88. | | | | | Buy (add'l) | 01/02/13 | J | | |
| 89. | | | | | Buy (add'l) | 01/03/13 | J | | |
| 90. | | | | | Buy (add'l) | 01/07/13 | J | | |
| 91. | | | | | Buy (add'l) | 01/16/13 | J | | |
| 92. -SCHWAB TOTAL STK MKT (SWTSX) | B | Dividend | M | T | | | | | |
| 93. UST INFL. IDX 1.875% 07/13 | A | Interest | | | Redeemed | 07/15/13 | K | B | |
| 94. T ROWE PRICE SHORT TERM BOND FUND (PRWBX) | A | Dividend | | | Sold | 07/25/13 | K | A | |
| 95. VANGUARD SHORT TERM (VBSSX) | A | Dividend | | | Sold | 03/04/13 | K | | See Part VIII |
| 96. SCH US DIV. EQUITY ETF (SCHD) | B | Dividend | M | T | | | | | |
| 97. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 98. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 99. | | | | | Buy (add'l) | 10/17/13 | J | | |
| 100. ISHARES S&P US PFD FUND (PFF) | A | Dividend | | | Sold | 02/11/13 | K | A | |
| 101. ISHARES SELECT DIV FUND (DVY) | B | Dividend | K | T | | | | | |
| 102. ISHARES TR INT'L (IDV) | A | Dividend | K | T | | | | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SPDR S&P BIOTECH ETF (XBI) | A | Dividend | K | T | | | | | |
| 104. GABELLI ASSET FUND AAA (GABAX) | | None | J | T | | | | | See Part VIII |
| 105. VANGUARD FTSE EUROPE (VGK) | A | Dividend | K | T | Buy (add'l) | 12/10/13 | J | | |
| 106. | | | | | Buy | 09/17/13 | J | | |
| 107. VANGUARD INDUSTRIALS (VIS) | A | Dividend | K | T | Buy | 02/11/13 | K | | |
| 108. SECTOR SPDR ENGY SELECT (XLE) | A | Dividend | J | T | Buy | 06/07/13 | J | | |
| 109. SCHW ENG MRK EQ ETF (SCHE) | | None | | | Sold | 06/27/13 | J | | See Part VIII |
| 110. | | | | | Buy | 02/12/13 | J | | |
| 111. | | | | | | | | | |
| 112. PROCTOR & GAMBLE | A | Dividend | K | T | | | | | |
| 113. | | | | | | | | | |
| 114. MEMBERSHIP INTEREST IN HILL PROPERTIES, LLC (OWNER OF RENTAL | D | Rent | M | S | | | | | See Part VIII |
| 115. PROP. AUGUSTA, GA) | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. ▮▮▮▮ INS. PSHIP (OWNS LIFE INS. POL-CASH VALUE & | | None | N | T | Distributed | 08/22/13 | K | | See Part VIII |
| 118. SMALL BANK ACCT. AT SUNTRUST) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | | | | | |
| 120. HODGES - ▮▮▮ LOAN | None | | J | T | | | | | |
| 121. | | | | | | | | | |
| 122. CO-OWNER OF A ▮▮▮ CHECKING ACCOUNT OF | A | Interest | K | T | | | | | |
| 123. ▮▮▮ AT SUNTRUST BANK | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. ESTATE #1(x) | | | | | | | | | Became Executor of Estate |
| 126. ESTATE ASSET #1 (SCHWAB BROKERAGE ACCT.) (X) | | | | | | | | | |
| 127. SCHWAB GOVT MONEY FUND (SWEEP) (SWGXX)(X) | A | Dividend | M | T | | | | | |
| 128. DEERE & CO. (DE)(X) | A | Dividend | K | T | | | | | |
| 129. JOHNSON & JOHNSON (JNJ)(X) | A | Dividend | K | T | | | | | |
| 130. KIMBERLY -CLARK CORP (KMB)(X) | A | Dividend | K | T | | | | | |
| 131. MC DONALDS CORP (MCD)(X) | A | Dividend | K | T | | | | | |
| 132. MICROSOFT (MSFT)(X) | A | Dividend | K | T | | | | | |
| 133. PAYCHEX (PAYX)(X) | A | Dividend | K | T | | | | | |
| 134. ROWE T PRICE GROUP INC (TROW)(X) | B | Dividend | M | T | | | | | |
| 135. UNITED TECHNOLOGIES CORP (UTX) (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barrett, Susan D. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. 3M (MMM)(X) | A | Dividend | L | T | | | | | |
| 137. SCH US DIV EQUITY ETF (SCHD)(X) | A | Dividend | L | T | | | | | |
| 138. SECTOR SPDR ENGY SELECT (XLE)(X) | B | Dividend | L | T | | | | | |
| 139. SPDR S&P BIOTECH ETF (XBI)(X) | A | Dividend | L | T | | | | | |
| 140. SOUTHERN CO (SO)(X) | A | Dividend | K | T | | | | | |
| 141. VANGUARD SHORT TERM BD. (VBSSX)(X) | A | Dividend | | | Sold | 09/13/13 | L | | See Part VIII |
| 142. T ROWE PRICE SHORT TERM BOND FUND (PRWBX) | A | Dividend | | | Sold | 08/07/13 | L | | See Part VIII |
| 143. ISHARES U.S. PFD ETF (PFF) | A | Dividend | | | Sold | 07/08/13 | K | | See Part VIII |
| 144. COUNSINS PROPERTIES INC (CUZ)(X) | A | Dividend | K | T | | | | | |
| 145. | | | | | | | | | |
| 146. ESTATE ASSET #2 (WFARGO BROKERAGE ACCT.)(X) | | | | | | | | | |
| 147. BANK DEPOSIT SWEEP (X) | A | Interest | L | T | | | | | |
| 148. CHEVRON (CVX)(X) | C | Dividend | N | T | | | | | |
| 149. EQUITY RESIDENTIAL (EQR)(X) | E | Dividend | O | T | | | | | |
| 150. GENERAL ELECTRIC (GE)(X) | B | Dividend | M | T | | | | | |
| 151. HEWLETT-PACKARD (HPQ)(X) | A | Dividend | L | T | | | | | |
| 152. KIMBERLY-CLARK (KMB)(X) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153.   PROCTOR & GAMBLE (PG)(X) | D | Dividend | N | T | | | | | |
| 154.   ROYAL DUTCH SHELL PLC ADR CL A (RDS/A)(X) | B | Dividend | L | T | | | | | |
| 155.   SUNTRUST BANKS INC (STI)(X) | B | Dividend | N | T | | | | | |
| 156. | | | | | | | | | |
| 157.   ESTATE ASSET #3 SUNTRUST ESTATE BANK ACCT. | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII (Lines 43, 45, 95, 109, 141, 142, 143). There is no gain to report.

Section VII (Lines 50 & 102) - this fund was listed in the 2012 Report as ISHARES TR "DOW JONES" (IDV). (See Part VII, L. 41 & L. 75, 2012 Report.)

Section VII (Line 104) - This asset (Gabelli Asset Fund AAA (GABAX) was listed as a separate IRA account on the 2012 report (see Part VII, L. 49, 2012 Report). During 2013, the fund was transferred to the Schwab Rollover IRA account.

Section VII (Liness 114 - 115) - This valuation is derived from the "fair market value" or "current value" of $140,528.00 given by the applicable Tax Commissioner's office, which the Commissioner's office confirms is the 100% valuation of the property.

Section VII (Lines 117 - 118) - This ▓▓▓ partnership has been listed in my previous disclosures. In the previous disclosures the partnership owned a life insurance policy (Value M) on a ▓▓▓▓▓▓ and maintained a small bank account. Under the terms of the insurance policy, if the ▓▓▓ of the insured survived the insured, the partnership had the option to purchase a policy on the surviving ▓▓▓ (Value N). These events occured in 2013 and the partnership also made a distribution to the reporting person reflected in (D)(1) - (3), Value Code K.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan D. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544